# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-CV-00614-FDW

| | |
|---|---|
| JAMIE JOPLIN, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Plaintiff's Complaint, (Doc. No. 1), and Defendant's Consent Motion to Remand to Social Security Administration for further administrative proceedings, (Doc. No. 12). The Commissioner wishes to conduct further fact finding, including a new administrative hearing. Plaintiff consents to Defendant's Motion. For the reasons stated therein, the Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Remand to Social Security Administration, (Doc. No. 12), is **GRANTED**.

Accordingly, pursuant to sentence four of 42 U.S.C.§ 405(g), the Court hereby **REMANDS** this case to the Commissioner for further administrative proceedings, including a new hearing. See Shalala v. Shaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of Court is **DIRECTED** to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Signed: May 16, 2023

Frank D. Whitney
United States District Judge